■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WELDON MALONE, Appellant. [693 NYS2d 449] —Appeal by the defendant from a judgment of the Supreme Court, Suffolk County (Mullen, J.), rendered May 5, 1997, convicting him of operating a motor vehicle while intoxicated, reckless endangerment in the first degree, resisting arrest, reckless driving, and exceeding the maximum speed limit, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the prosecution (*see, People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see,* CPL 470.15 [5]).

The defendant's contention that the sentence is excessive is without merit (*see, People v Suitte,* 90 AD2d 80).

The defendant's remaining contentions are either without merit or do not require reversal. Ritter, J. P., Thompson, Altman and Friedmann, JJ., concur.